# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

06 JAN 10 AM 11:54

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

In the Matter of the Search of

846 Orange Avenue
El Centro, California 92243

**SEARCH WARRANT**

CASE NUMBER: 06 mg 0024

To: <u>Any duly authorized Federal Officer</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>Lead Border Patrol Agent William H. Gamble</u> who has reason to believe that ☐ on the person or ☒ on the premises known as

**SEE ATTACHMENT A**

In the Southern District of California, there is now concealed a certain person or property, namely

**SEE ATTACHMENT B**

Which is the fruits, instrumentalities and evidence concerning a violation of Title <u>8</u> United States Code, Section(s) <u>1324</u>. Which is the fruits, instrumentalities and evidence concerning a violation of Title <u>18</u> United States Code, Section(s) <u>1546, 1028(a)(1) and (c)(1), 1028(a)(2) and (c)(1), 1028(a)(3) and (c)(1), 1028(a)(5), 371, and 2</u>.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEARBY COMMANDED** to search on or before <u>1-14-06</u>

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime – 6:00 a.m. to 10:00 p.m.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the issuing U.S. Magistrate Judge, as required by law.

JAN 0 4 2006 3:30 p.m.     at     **San Diego, California**

Date/Time issued

**ANTHONY J. BATTAGLIA**
<u>United States Magistrate Judge</u>
Name and Title of Judicial Officer

Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 01/04/06 | 01/05/06   6:18 a.m. | Residence |

| INVENTORY MADE IN THE PRESENCE OF | |
|---|---|
| Senior Patrol Agent, Daniel R. Castro | Senior Patrol Agent, Clifford Leyba |

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Bedroom #1, floor: (1) BLK Motorola cell phone Micro Tac 650, SN# ED0B8B50ZGJ
Bedroom #1, on bed: (1) set BLK handcuffs
Bedroom #1, in head board of bed: (1) plastic bag containing 3.4 grams of marijuana
Bedroom #1, closet: (1) Cardboard beer box containing 3 large yellow notepads/ (14) small yellow notepads/ (1) small orange notebook/ (12) vehicle repair receipts/ (9) DMV documents / (2) Arizona vehicle titles, one in the name of Daniel Jeff DINWIDDIE, PO Box 3530 Somerton, AZ. 85350, and the second in the name of Don M Porter, 948 S. Alma School Rd Unit #71, Mesa, AZ. 85210/ (1) birth certificate (Mario Alberto SANCHEZ)/ (1) birth certificate (Jorge Alberto ALVARADO)/ (1) eviction notice for Angelica Mendez/ (1) Mexico DL (Sergio RODRIGUEZ-Lugo)/ 1 COSTCO Temp. Shopping card (Sergio RODRIGUEZ-Lugo)/ 1 black leather portfolio/ (1) Box of ammo, 9mm (79 bullets) & 22mm (34 bullets).
* (1) brown handbag containing misc. papers, personal effects, and (1) cell phone.

Living Room: (2) shoe boxes, one containing various drug paraphernalia, two DVD's, the other containing various drug paraphernalia, two lighters/ (1) purple notebook/ (2) yellow sheet of note pad paper/ 1 yellow note pad/ 13 photos various of locations and unknown subjects/ (1) boost mobile instruction manual with numerous phone numbers written on it.
* 7 mail letters

Dining room: (3) maps, one map of southern California with ink pen marking route to circumvent the USBP Checkpoint located on Highway 86, and two maps of Imperial county and the Chocolate Mountain Bombing range.

Bedroom #3: (1) Verizon Model # VX 6100,SN# 508KPXV4504794, (1) Verizon Model# VX 3200, SN# 506CYKJ4623645/ (1) map of Southern California located on east wall.

Garage located in the rear of home: (1) bag containing three candles in the candles (1) plastic bag containing 18.2 grams of Methamphetamines
*(1) Brown briefcase containing various misc. papers & documents.
*(1) black handbag containing various misc. papers & documents.

Front of home on lawn: (1) plastic bag containing 1.6 grams of marijuana.

*After further review these items have no significant value to the current investigation and will be returned to the property.
Narcotics and drug paraphernalia turned over to the Imperial County Narcotics Task Force.

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_                                     1/10/06
U.S. Judge or Magistrate                          Date