Unsealed ~1/28/08 KN K

FILED

06 JAN -4 PM 3:42

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ORDERED SEALED

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THE PREMISES DESCRIBED AS: <br><br> (1) The residence located at 846 Orange Avenue El, Centro, California 92243 | Magistrate Case No. 06 mg 0024 <br><br> **ORDER SEALING SEARCH WARRANT; AND THE APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the search warrant; and the application and affidavit for search warrant; and this order be sealed until further order of the Court.

IT IS FURTHER ORDERED that a copy of the search warrant may be left at the premises searched.

DATED: JAN 0 4 2006

_____
HONORABLE ANTHONY J. BATTAGLIA
United States Magistrate Judge

Presented by:

CAROL C. LAM
United States Attorney

_____
STACEY H. SULLIVAN
Assistant U.S. Attorney